COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 2/08)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Please Choose Division

Billy Jo Pitchford #146015
Plaintiff's Name and ID Number

Ector County Jail
Place of Confinement

CASE NO. __7:20-CV-00246__
(Clerk will assign the number)

V.

Ector County Detention Center
Defendant's Name and Address

2500 South US Highway 385
Defendant's Name and Address

Odessa, TX 79761
Defendant's Name and Address
( DO NOT USE "ET AL.")

FILED OCT 20 2020 CLERK U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY DEPUTY

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

5. **The complaint can not exceed 20 pages which includes all attachments.**

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?  ✓ YES ___ NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

  1. Approximate date of filing lawsuit: _August 6, 2020_
  2. Parties to previous lawsuit:
     Plaintiff(s) _Billy Jo Pitchford_
     Defendant(s) _Department OF Public Safety_
  3. Court: (If federal, name the district; if state, name the county.) _Western District of Texas Midland/Odessa Division_
  4. Docket Number: _MO:20-CV-00194-DC_

2

5. Name of judge to whom case was assigned: DAVID COUNTS
6. Disposition: (Was the case dismissed, appealed, still pending?) It's still pending
7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Ector County Detention Center

III. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Billy Jo Pitchford ID# 146015 Odessa Detention Center P.O. Box 331 Odessa TX US 79760

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Odessa/Ector County Detention Center 2500 South US Highway 385 Odess, TX 79761 or P.O. Box 331 Odessa, TX 79761
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Safety Hazardous, No ladders or Railing on TOP BUNKS

Defendant #2: Odessa/Ector County Detention Center 2500 South US Highway 385 Odessa, TX 79761
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Safety Hazardous, "No WET FLOOR SIGNS" IN living area

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

IV. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

"Safety Hazard," In Ector County Jail 4101 Cell, does not have "LADDERS" OR "SIDE RAILS", For the "TOP BUNK" to get up and down off the top bunk.
Inmate Carl Lee Creech TD#149932 has fell off the top bunk do to not having ladders to get down or up. It happen on September 19, 2020 around or about 4:30 AM ▲ Another accident occur three to six days after Sep. 19, 2020 around 11:00 P.M give or take Inmate Christopher Waygood fell out the top bunk cause there no safety side rails when he went into a Seizure and fell off the top Bunk

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Put ladders and side rails. And wet floor signs and monetary 100,000.00

V. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Bubba - Billy

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

I don't know all of my TDC# 1321260

VI. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2. Case Number: _____

   3. Approximate date sanctions were imposed: _____

   4. Have the sanctions been lifted or otherwise satisfied?   ___ YES ___ NO

4

Safety Hazard in Ector County Jail. In 4101 dorm/Cell, There no caution sign of "WET FlOOR" or slippery floors when wet.

Inmate Elijah Steven Hoyt ID# 141822 Slip and fell around 7:00 AM on 10-12-2020 do to wet floors and "NO Signs Station" any where in any of the living area's of the cell blocks in the county jail

To my knowledge the video cameras in the cell blocks are not in working order. If they were in working order, You would be able to see all of these accident accure. Inmate Carl Lee Creech ID#149932 Fell off the top bunk front roll South wall. On September 19, 2020 around 4:30 A.M. Inmate Christopher Waygood on or about 21 or 22 day of September, 2020. Slept on top bunk on the North East wall of cell block 4101 top bunk second roll in the back on the East wall when he had a seizure and fell off head first. You would have seen when Inmate Elijah Steven Hoyt ID# 141822. On the 12, of Oct at 7:00 AM

-1-2

Slip and fell inbetween the bunks facing North wall, because of the wet floor.

To my knowledge they just got some of the camera working in the 4,000 block on October 6, 2020

   C. Has any court ever warned or notified you that sanctions could be imposed?  ✓ YES ___ NO

   D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

      1. Court that imposed warning (if federal, give the district and division): *WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION*

      2. Case Number: *MO:20-CV-00194-DC*

      3. Approximate date warnings were imposed: *September 30th, 2020*

Executed on: _____
               DATE

*Billy Jo Pitchford*
             (Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __*17*__ day of __*October*__, 20 *20*.
        (Day)                  (month)           (year)

*Billy Jo Pitchford*
             (Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.



ISRAEL H GALVAN
Notary Public
STATE OF TEXAS
Notary ID # 13211602-0
My Comm. Exp. August 6, 2023

*Israel H Galvan*

10-16-2020

5

Billy Jo Pitchford I.D. N6019
Ector County Jail
P.O. Box 331
Odessa, Tx. 79760

c/o Jeannette J. Clack
Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 E. Wall Street, Room 222
Midland, Texas. 79701

RECEIVED
OCT 2 0 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

Legal Indigent

Legal Indigent

7970135201