UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| BILLY JO PITCHFORD, #146015, | § | |
| | § | |
| vs. | § | NO:  MO:20-CV-00246-DC |
| | § | |
| ECTOR COUNTY DETENTION CENTER | § | |

### FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's case for failure to state a claim. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 Civil Rights Complaint is **DISMISSED FOR FAILURE TO STATE A CLAIM** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and §1915A(b)(1).

It is also **ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs.

It is further **ORDERED** that all other pending motions, if any, are dismissed as moot.

Additionally, as Plaintiff's case is dismissed for failure to state a claim, it should count as a **STRIKE** pursuant to 28 U.S.C. §1915(g) and a copy of this order should be sent to **THE THREE STRIKES LIST**.

It is so **ORDERED**.

SIGNED this 29th day of December, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE